```
FILED
CHARLOTTE, NC

APR 1 6 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:13CR107 |
| ) | |
| v. ) | ORDER TO SEAL INDICTMENT |
| ) | |
| JUAN BRANDON GRAY-SOMMERVILLE ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 16th day of April, 2013.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE