UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CR-107-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROTECTIVE ORDER** |
| ) | |
| JUAN BRANDONGRAY-SOMMERVILLE ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the United States' motion for a protective order in connection with the production of certain documents and information which disclose the name of or any other information concerning a child, it is hereby:

**ORDERED** that the United States and counsel for the defendant shall keep strictly confidential documents and information which disclose the name of or any other information concerning a child and shall not disclose that information to any person other than those persons listed in 18 U.S.C. §3509(d)(1)(B), as necessary for preparation of the case and defense in this action, and such information shall be used only for purposes of this litigation including as necessary during discovery and preparation for trial; and

**FURTHER ORDERED** that, pursuant to 18 U.S.C. §3509(d)(3), the name of or any other information concerning child shall not be entered into the public record, either in pleadings or in open Court, unless the Court otherwise allows for good cause shown; and

**FURTHER ORDERED** that as to all persons who are provided access to the child's name and information concerning that child in connection with the preparation and defense of this matter, counsel of record shall advise each of these persons of the privacy and confidentiality

of such information and their obligation not to disclose the information, and to affirm their understanding of their obligation not to disclose the information before such information is disclosed.

Signed: July 24, 2013

David C. Keesler
United States Magistrate Judge