IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00107-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JUAN GRAY-SOMMERVILLE | ) | |
| | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's Motion to Unseal Records, (Doc. No. 33), to which the government does not object.

**IT IS ORDERED** that the defendant's motion, (Doc. No. 33), is **GRANTED** and the search warrant with attachments, (Case No. 3:13-mj-29: Doc. No. 3), and documents received as a result of the execution of the search warrant, may be disclosed only to the defendant, counsel for the defendant, and other persons retained to assist the defendant in the trial of this case, pursuant to 18 U.S.C. § 3509(d).

Signed: August 12, 2013

Robert J. Conrad, Jr.
United States District Judge