UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13cr107-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER |
| v. ) | OF FORFEITURE |
| ) | |
| JUAN BRANDON GRAY-SOMMERVILLE, ) | |
| ) | |
| Defendant. ) | |

In the Bill of Indictment in this case, (Doc. No. 3), the United States sought forfeiture of property that was used or intended to be used to facilitate the crime(s) charged, which would be subject to forfeiture under 18 U.S.C. § 1594.

Defendant was convicted at trial by the jury on Count One in the Bill of Indictment and was adjudged guilty of the offense charged in that count. (Doc. No. 47: Verdict).

Based on evidence already in the record, including the defendant's conviction and trial evidence on the use of the following assets to conduct text messages, take photos, post prostitution advertisements, and otherwise facilitate the offense of which Defendant was convicted, the Government has established the requisite nexus between the property and such offenses.

It is therefore ORDERED:

1. Based upon Defendant's conviction and the trial evidence, the United States is authorized to maintain possession of the following property belonging to Defendant, and the

1

property is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

> **One Acer One D270 laptop, serial number LUSGD0D03320318EDE704, seized during the investigation;**
>
> **One Huawei M805 smart phone, serial number T809MA1172523200, seized during the investigation; and**
>
> **One Samsung CDMA SCH-U360 Gusto phone, serial number 268435459611423376, seized during the investigation.**

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge